**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **BILLIE J. SANCHEZ,** | |
| **Plaintiff,** | **8:15CV293** |
| **vs.** | |
| **FITCH, INC.,** | **ORDER OF DISMISSAL** |
| **Defendant.** | |

This matter is before the Court on the Parties' Joint Stipulation of Dismissal (Filing No. 16). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice. The Parties have reached a stipulation regarding costs and attorney's fees (*see* Filing No. 16), and none will be assessed by the Court. Pursuant to the requirements of the Fair Labor Standards Act, 29 U.S.C. §§ 201–219 ("FLSA"), the Court will enter a separate stipulated judgment. *See Copeland v. ABB*, Inc., 521 F.3d 1010, 1014 (8th Cir. 2008) (noting that an employee who sues her employer directly can waive her FLSA rights if the district court enters a stipulated judgment). Accordingly,

IT IS ORDERED:

1. The Parties' Joint Stipulation of Dismissal (Filing No. 16) is approved;

2. The above-captioned action is dismissed with prejudice;

3. The Court will not assess costs or attorney's fees; and

4. The Court will enter a separate judgment.

Dated this 10th day of December, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge